UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JACKIE F. CURRY, *Petitioner*, | ) ) ) ) |
| v. | ) No. 3:06-cv-255 ) *Jarvis* |
| HOWARD CARLTON, Warden, *Respondent*. | ) ) ) |

### JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** as time-barred and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                              s/ James H. Jarvis
                              United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
     CLERK OF COURT